No. D–24. In re Disbarment of Nitsberg. It is ordered that Michael B. Nitsberg, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue returnable within 40 days requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–27. In re Disbarment of McDermott. It is ordered that Francis X. McDermott, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue returnable within 40 days requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–28. In re Disbarment of Buttles. It is ordered that Robert S. Buttles, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue returnable within 40 days requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–29. In re Disbarment of Osborne. It is ordered that George R. Osborne, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue returnable within 40 days requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–30. In re Disbarment of Tarr. It is ordered that Leonard N. Tarr, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue returnable within 40 days requiring him to show cause why he should not be disbarred from the practice of law in this Court.